**Opinion issued January 15, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-14-00883-CV**

————————————

**IN RE CHENIERE ENERGY, INC., Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On December 19, 2014, counsel for relator Cheniere Energy, Inc. filed a letter indicating Cheniere has settled all issues in the underlying court case, and therefore this mandamus proceeding has been resolved. Although no formal motion to dismiss has been filed, more than 10 days have passed and no party has responded to the December 19, 2014 letter.

Accordingly, we **dismiss** the petition for writ of mandamus as moot.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Brown.